UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

DONALD DEIBERT,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 3:20-cv-05604-BAT

ORDER

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows. The ALJ will apply the applicable Social Security Ruling regarding obesity; make a new step-three determination, including whether Plaintiff met or equaled a listing; reevaluate Plaintiff's symptom testimony; and reevaluate the medical evidence of record, including the opinions of Brian Lear, M.D., and Alnoor Virji, M.D. The ALJ will reassess Plaintiff's residual functional capacity; obtain vocational expert evidence as warranted; and issue a new decision for the relevant period of June 26, 2014, through June 30, 2015.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 26th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov